**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TRAVON DSHUN HIGGINS**                                                    **PLAINTIFF**
**ADC #178966**

**v.**                              **Case No. 2:24-cv-00137-KGB**

**TWANDA COLEMAN,** *et al.*                                        **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed.[1] Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Travon Dshun Higgins's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 9th day of June, 2026.

Kristine G. Baker
Chief United States District Judge

---

[1] The Court notes that Higgins filed a document on February 3, 2025, which the Clerk of Court has docketed as a "notice" (Dkt. No. 5). The filing is untimely, but the Court has considered it in reviewing the record in this case. The filing does not alter the Court's reasoning or decision to adopt the Recommendation (Dkt. No. 4).